CHARLES E. HORTON, Respondent, *v.* SAMUEL H. PALMER, Appellant.

(Argued September 29, 1876; decided October 6, 1876.)

*D. W. Guernsey* for the appellant.

*Robert E. Taylor* for the respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.